H. H. OBERT *et al.* v. THE OBERLIN LOAN, TRUST AND BANKING COMPANY.

JURISDICTION—*Case Dismissed.* Dismissed for want of jurisdiction, the amount in controversy being less than $100.

*Error from Rawlins District Court.*

ACTION by the *Oberlin Loan, Trust and Banking Co.* against *W. H. Spears,* in which a judgment was rendered for plaintiff. There was a decree giving such company a lien on land for the amount of its judgment prior to a judgment held by H. H. Obert and others against said Spears. Obert and others bring error.

*J. C. Cole,* and *W. B. Ingersoll,* for plaintiffs in error.

*Bertram & McElroy,* for defendant in error.

The opinion of the court was delivered by

ALLEN, J.: The plaintiffs in error obtained a judgment in the trial court against W. H. Spears for $285.59, and for the foreclosure of a mortgage on a quarter section of land. The Oberlin Loan, Trust and Banking Company also obtained a judgment against Spears for $65.60, and directing a sale of the lands, subject to a prior mortgage for $400, and that the proceeds be applied, first, to the payment of costs; second, to the payment of the judgment in favor of the defendant in error; and ·third, in payment of the plaintiff's claim. The only error alleged is in decreeing the lien of the defendant in error prior to that of the plaintiffs in error. It appears, therefore, that there is at most but $65.60 in controversy, and that this court has no jurisdiction of the case. (*Stinson v. Cook,* 53 Kas. 179.) The petition in error is dismissed.

All the Justices concurring.